```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UMG RECORDINGS, INC., et al., | CIVIL ACTION NO. 05-5047 (MLC) |
| Plaintiffs, | **MEMORANDUM OPINION** |
| v. |  |
| ALEXANDRA LOUISE CONNELL, |  |
| Defendant. |  |

**THE COURT** having ordered the plaintiffs to show cause why the complaint should not be dismissed for (1) failure to comply with Federal Rule of Civil Procedure ("Rule") 4(m), and (2) lack of prosecution under Local Civil Rule 41.1(a) and Rule 41(b) (dkt. entry no. 3); and the plaintiffs now advising the Court that the parties have (1) "settl[ed] this action," and (2) "[s]tipulated to Judgment and Permanent Injunction" (dkt. entry no. 4); and the Court advising the parties that the proposed judgment will be executed soon; and thus the Court intending to (1) vacate the order to show cause, and (2) terminate the action; and for good cause appearing, the Court will issue an appropriate order.

                                      s/ Mary L. Cooper
                                    **MARY L. COOPER**
                                    United States District Judge